FILED
2008 JUN 26 AM 11:06
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNH_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL SILVA,<br>    Defendant | CASE NO.: 04CR00289-JM<br><br>ORDER TO AUTHORIZES FUNDS ON OSC IN EXCESS OF $1,500.00 |

**IT IS HEREBY ORDERED**, that for good cause, the CJA 20 voucher submitted by William R. Burgener be approved.

**SO ORDERED**

Dated: 6/25/08

Judge Jeffrey T. Miller
United States District Judge

1